23609.   GORMLEY, superintendent of banks, *v.* HARDIN, administrator.

STEPHENS, J.   This case is controlled by the decision in *Gormley* v. *Hardin, ante,* 567. *Judgment reversed. Jenkins, P. J., and Sutton, J., concur.*